In the Matter of JOSHUA E. S.-H. ADMINISTRATION FOR CHILDREN'S SERVICES et al., Respondents; TANYA L.S., Appellant, et al., Respondent. [947 NYS2d 327]

The Family Court providently exercised its discretion in terminating the mother's parental rights, as a preponderance of the evidence adduced at the dispositional hearing established that it would be in the subject child's best interests to be freed for adoption by his foster parent (*see Matter of Jamel Raheem B. [Vernice B.],* 89 AD3d 933, 935 [2011]; *Matter of Andrea B.,* 66 AD3d 770, 771 [2009]; *Matter of Chyanne H.,* 62 AD3d 876 [2009]; *Matter of Tyria W.,* 41 AD3d 859, 860 [2007]; *Matter of Olivia Susan C.,* 2 AD3d 441, 442 [2003]). Angiolillo, J.P., Belen, Chambers and Austin, JJ., concur.